UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE HOCKMAN,

Plaintiff,

Case No. 25-cv-13324
Hon. Matthew F. Leitman

v.

TEAMLYDERS, LLC, *et al.*,

Defendants.

______________________________________________/

**ORDER RESOLVING OUTSTANDING DISCOVERY MOTIONS (ECF Nos. 18, 21, 27)**

On October 2, 2026, the Court held a hearing on several outstanding motions in this case. For the reasons explained in detail on the record, the motions are resolved as follows:

- Plaintiff's motion to extend fact discovery (ECF No. 18) is **GRANTED IN PART AND DENIED IN PART**. Fact discovery shall be extended on a limited basis through **November 25, 2026**. During this extended fact discovery period, the sole discovery that the parties shall conduct is (1) the completion of discovery in response to discovery requests that were served during the initial discovery period and (2) any follow-up discovery that arises out of new information learned for the first time from responses to that discovery.

- Plaintiff's motion to compel (ECF No. 27) is **DENIED WITHOUT PREJUDICE**. After Plaintiff completes the Rule 30(b)(6) deposition of Defendants' corporate representative, Plaintiff shall order the transcript of that deposition and provide a copy of that transcript to the Court. Once Plaintiff does so, the Court will convene an in-person status conference to discuss next steps with respect to whether to require Defendants to make any additional discovery.

- Defendants' motion to compel (ECF No. 21) is **GRANTED IN PART**. By no later than **<u>October 9, 2026</u>**, Plaintiff shall provide to Defendants (1) a complete list of medical professionals who, with respect to Plaintiff's claimed sleep apnea, provided treatment, evaluation, and/or diagnosis; and (2) signed authorizations allowing Defendants to obtain Plaintiff's medical records from those medical professionals. Plaintiff shall also appear for a deposition after Defendants have obtained those medical records and have had a sufficient opportunity to review them.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126